AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

**FILED**

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 3 1 2026

MITCHELL R. ELFERS
CLERK OF COURT

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | Case No. 26 MJ 1396 |
| Senaida Catalina Tovar | ) | |
| and | ) | |
| Miguel Angel Anchondo | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 6, 2025 _____ in the county of _____ Dona Ana _____ in the

_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A) | Possession with the intent to distribute a controlled substance (methamphetamine) |

This criminal complaint is based on these facts:

See attatched affidavit, which is attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Pablo E. Romero, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 31 March 2026

_____
*Judge's signature*

City and state:     Las Cruces, New Mexico

Damian L. Martinez, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VS

Senaida Catalina Tovar
and
Miguel Angel Anchondo

This affidavit is made in support of a criminal complaint charging Senaida Catalina Tovar and Miguel Angel Anchondo, with violations of 21 U.S.C. § 841(a)(1), (b)(1)(A), Possession with the intent to distribute a controlled substance (methamphetamine).

I am a Homeland Security Investigations (HSI) Special Agent currently assigned to the HSI, Las Cruces, New Mexico Assistant Special Agent in Charge (ASAC). I have been an HSI Special Agent since January 2024. As a Special Agent I conduct investigations of criminal organizations, violent repeat offenders, and other federal drug and firearm related crimes. As an HSI Special Agent, I am authorized to investigate crimes involving violations of the Controlled Substances Act and Firearms Act. Prior to being an HSI Special Agent, I served in the United States Army as a Military Police officer for nine years and my education includes a bachelor's degree in criminal justice from New Mexico State University.

I am familiar with the facts and circumstances of the investigation of Tovar and Anchondo. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or reliable sources. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Tovar and Anchondo have violated 21 U.S.C. § 841(a)(1), (b)(1)(A).

1. On November 6, 2025, members of the Homeland Security Task Force (HSTF), New Mexico (NM), Federal Bureau of Investigations (FBI), and Metro Narcotics of Las Cruces executed a federal search warrant at 445 Sequoia Road Mesquite NM, 88048.

2. At the time of the warrant, agents encountered multiple people on the property, including Senaida Catalina Tovar and Miguel Angel Anchondo.

3. During the execution of the warrant, agents discovered 377.028 net grams of pure methamphetamine. All the methamphetamine found during the search was located in or around the vicinity of the camper/recreational vehicle on the property, where Senaida Catalina Tovar resides. The bulk amounts of methamphetamine were field tested, to which they presumptively tested positive for methamphetamine.

4. In an interview with Senaida Catalina Tovar, Tovar stated that the narcotics found in the camper were picked up in Las Cruces by her and her boyfriend (Miguel Anchondo) a few days prior to the search warrant being executed. Tovar stated that Anchondo is the one that deals the narcotics primarily. Tovar also stated that they were directed to pick up the

1

narcotics by a person from Juarez. A large quantity of suspected methamphetamine was found in what appeared to be a woman's bag within the camper. Tovar admitted to being a user of methamphetamine. Tovar admitted that any drugs found would be found in the camper only and not the main residence that the camper is adjoined to. Tovar stated that she lives in the RV.

5. In an interview with Miguel Angel Anchondo, Anchondo stated that any drugs found belonged to his girlfriend, Senaida Catalina Tovar. Anchondo stated that he didn't know anything about large amounts of drugs in the camper and that he stays in Tovar's camper on occasion. Anchondo admitted to being a user of methamphetamine.

6. A manual and advanced search of Anchondo's cell phone revealed that Anchondo may be involved in drug trafficking activity. Anchondo's phone possessed communications, dated from July-November (within the time of warrant and seizure) 2025, between him and other phone numbers belonging to other known drug traffickers. Through messaging applications, he also possessed multiple conversations between him and other phone numbers regarding "clear." Clear is believed to be methamphetamine in these conversations. Anchondo's conversations also contained photos of what is believed to be fentanyl pills and messages discussing exchanging money for suspected narcotics.

7. Based on my training and experience, I believe the amount of methamphetamine found in the camper is consistent with drug trafficking, and not personal use. Further, the messages and photos found on Anchondo's phone are indicative of drug trafficking.

Based on the foregoing, I believe there is probable cause to believe that on November 6, 2025, Miguel Angel Anchondo and Senaida Catalina Tovar possessed with the intent to distribute 377.028 grams of pure methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

Assistant United States Attorney Devon Aragon Martinez approved the charges filed in this criminal complaint.

Respectfully Submitted,

Pablo E. Romero
Special Agent
Homeland Security Investigations

Electronically submitted and telephonically
Sworn before me on this 31 day of March 2026.

Damian L. Martinez
United States Magistrate Judge

2